CAPTION: ARTHUR N ASHBUOGWU
            VS
         CITY OF BIRMINGHAM, ALABAMA

PAGE 1 of 11

2:20-CV-829-AKK

ARTHUR·N·ASHBUOGWU
209 20TH ST N
BIRMINGHAM, AL 35203
FAX TO:
# 205 208 0250
ATTN: ARTHUR·N·ASHBUOGWU
# 179
REF: MAYDAY # 2

ATTN: CLERK, US DISTRICT COURT,
      US FEDERAL COURTHOUSE
      1729 5TH AVE N
      BIRMINGHAM, AL 35203
      TEL: 205 278 1700

SUBJECT: (1) APPLICATION TO SET AND SCHEDULE AN EMERGENCY JUDICIAL HEARING TO EXAMINE THE COMPLAINT OF DISCRIMINATION AND DEPRIVATION OF RIGHTS LIBERTIES WITHOUT DUE PROCESS IN RESTRAINING AND REMOVING THE AGGRIEVED FROM INTERMODAL TERMINAL AND MAY 1BJC CENTRAL BUS STATION, BIRMINGHAM, AL.
(2) INTAKE PROCESS AND INITIATION OF JS 44 FEDERAL COMPLAINT CLAIM FORMS.

I, ARTHUR·N·ASHBUOGWU, FILES THIS APPLICATION FOR AN EMERGENCY JUDICIAL HEARING AND PETITION THE CLERK, US DISTRICT COURT, BIRMINGHAM AND THE MAYOR, CITY OF BIRMINGHAM TO FACILITATE, SET AND SCHEDULE THIS MATTER

RE: APPLICATION, PETITION, PLEA   PAGE 2 of 11
TO SET AND SCHEDULE AN
EMERGENCY JUDICIAL HEARING
IN VIEW OF CONDUCT ACTIONS BY
TWO (2) CITY OF BIRMINGHAM ALABAMA
AUTHORITIES TO DISCRIMINATE ON THE
BASIS OF COLOR-RED AND DEPRIVE
ME MY RIGHTS LIBERTIES WITHOUT THE
DUE PROCESS OF LAW; RESTRAINING AND
REMOVING ME FROM INTERMODAL TERMINAL
AND CITY BUS VECHICLE;
UNFAIR TREATMENT TO A PERSON
BECAUSE OF HIS COLOR-RED AND
FACTORS OF NATIONAL ORIGIN AND
CREED.

CAPTION: ARTHUR·N·ASHBUOGWU
       VS
   1. CITY OF BIRMINGHAM, ALABAMA
      BIRMINGHAM ALABAMA·
   2. CITY OF BIRMINGHAM POLICE AUTHORITY
      BIRMINGHAM POLICE DEPARTMENT
      BIRMINGHAM, ALABAMA·
   3. CITY OF BIRMINGHAM TRANSPORT AUTHORITY
      MAX I BJC - BIRMINGHAM - JEFFERSON
      COUNTY TRANSIT AUTHORITY·
      BIRMINGHAM, ALABAMA·

CAPTION: ARTHUR N ASHBUOGWU   PAGE 3 of 11
VS
CITY OF BIRMINGHAM
BIRMINGHAM ALABAMA

THE ISSUES IN THE DISPUTE AND CLAIM ARE :-

1. THERE IS GRAVE DANGER TO THE RULE OF LAW IN AMERICA BY THE CONDUCT AND ACTIONS OF THE PARTIES TO DISCRIMINATE AGAINST THE AGGRIEVED IN THE UNFAIR TREATMENT, RESTRAINING AND REMOVING HIM FROM INTERMODAL FACILITY AND BUS VECHICLE; DEPRIVING HIM HIS RIGHTS LIBERTIES WITHOUT DUE PROCESS at

(a) INTERMODAL TERMINAL AND UNION STATION, BIRMINGHAM ALABAMA ON 6/3/20 - 1819 MORRIS AVE BY BIRMINGHAM POLICE DEPARTMENT

(b) MAX TRANSIT CENTRAL BUS STATION BIRMINGHAM, ALABAMA
6/8/20
REMOVING AND RESTRAINING FROM TRAVEL ON BUS # 1908
ALABAMA LICENSE TAGS
AL 61593 CO
ROUTE 20 - AIRPORT - ZION
SUPERVISOR - ALABAMA LICENSE TAGS
AL 569 25CO

FOR HEARING, EXAMINATION, INVESTIGATION AND DETERMINATION OF THE CLAIMS AGAINST THE PARTIES IN THE INTEREST OF JUSTICE AND CONTINUED REIGN OF THE RULE OF LAW IN BIRMINGHAM, AL AND AMERICA.

THE LEGALITY OF THE ACTIONS AND THE CONDUCT OF THE CITY EMPLOYEES IN THEIR OFFICIAL CAPACITY AS CITY AND COUNTY EMPLOYEES WARRANTS X-RAY, EXAMINATION. THEIR MOTIVES IS WICKED CONDEMNABLE DISCRIMINATION AGAINST A PERSON AND UNFAIR TREATMENT BECAUSE OF NATIONAL ORIGIN, CREED AND COLOR — RED. WE STAND STRONG OUR BANNERS ARE RED. THEIR DISDAIN, DISLIKE AND DETERMINATION TO SHAME, SUBJECT TO FEAR, MALICE OPPRESSION IS EXPRESSED IN THE USE OF VERBAL LANGUAGE AND NON VERBAL ACTIONS. IN MAY 1BJC, THE CITY BUS WAS COMMUNICATING SHE WANTED PAYMENT IN BRIBES OR USE OF ISLAMIC CODES TO TRAVEL WHEN THE STATION MANAGEMENT HAD CLEARLY REFUSED TO ACCEPT BUS FARES OR SELL TICKETS. "THE BUS RIDES ARE FREE" NOT SO, THE BUS DRIVER WANTED BRIBES OR FAVORS. SHE BECAME AGGRESSIVE GUIDED ON BY MUSLIM MASJIDS FRONTING AS JANITORIAL STAFF.

THE CONDUCT OF THE CITY/COUNTY EMPLOYEES ARE EXPRESSED AND THEY ARE

PARTICEPS CRIMINIS - PARTNER IN CRIME WITH THE ENEMY OF UNITED STATES, ARMY IN COMBAT BLACK AND BLACK ATTIRES AT THE INTERMODAL TERMINAL, THE SIT IN GROUPS ALL DAY, PLOTTING, CONTROLLING WHO CAN USE SERVICES OR MODE OF PAYMENT FOR SERVICES - AT THE BUS STATION - THE FEMALE JANITORIAL STAFF IS THE ONE WHO DETERMINES WHO CAN RIDE OR NOT. THESE ARE PEOPLE TO WHOM FREEDOM, LIBERTIES AND RIGHTS ARE ALIEN TO THEIR CULTURE. THEY HAVE A MARXIST-COMMUNIST LEANING FOR FREE BUS RIDES WHERE THEY DETERMINE WHO CAN RIDE, HOW MANY TIMES THEY CAN RIDE AND TAKE IN THE PAYMENT IN FORM OF BRIBES AND ISSUE CODES. ITS AN OPEN SECRET. THEY ARE REMOTELY TELEGUIDING THE CONTROL TO DESTROY AMERICA'S FREE ENTERPRISE, MONEY LEGAL TENDER SYSTEM AND CLOSE DOWN ALL HOUSES OF CHRISTIAN WORSHIP AND JEWISH SANCTUARIES.

THE CITY OF BIRMINGHAM IS ABETTING AND AIDING THIS ENEMY IN COMBAT BLACK ON BLACK ATTIRES. IN ESSENCE, THE CRIMES ARE TREASONABLE OFFENSES - FELONIES TO STEAL DESTROY AMERICA.

THE UNFAIR TREATMENT OF A PERSON CONTRAVENES TITLE 41 USC AND VIOLATION OF THE PUBLIC TRUST AND CONFIDENCE.

THE MAYOR OF THE CITY OF BIRMINGHAM ALABAMA HAS A MORAL DUTY TO IMMEDIATELY INVESTIGATE THESE INCIDENTS AND CONDEMN THE CONDUCT AND ACTIONS OF THE AUTHORITIES INVOLVED. NOW, THEY ARE THE PERPERTRATORS OF DISCRIMINATION. IN 1963, IT WAS JIM CROW AND MCWANE SCIENCE CENTER AGAINST PEOPLE OF COLOR. NOW IT IS PEOPLE OF COLOR AGAINST ANOTHER PERSON OF COLOR BECAUSE I EXERCISE MY RIGHT AND FREE SPIRIT NOT TO BE ASSOCIATED WITH THE COLOR BLACK – IN ANYWAY, SHAPE OR FORM. I REMAIN A MEMBER OF RED, WHITE AND BLUE AND WE STAND STRONG TO DEFEND AND SUE ON ANY INFRINGEMENT OF OUR VALUES AND OUR LIBERTIES.

AS AMERICANS, WE CAN RIDE WHENEVER WE WANT, AS MANY TIMES AS WE CHOOSE IN THE EXERCISE OF FREEDOM OF MOVEMENT, GOODS AND SERVICES, PURSUIT OF HAPPINESS, FREE ENTERPRISE AND LEISURE AS LONG AS THE FARE IS PAID. NO ENEMY GONNA PAY OUR FARES AND DETERMINE IF WE GET TO RIDE!

THE CONDUCT OF THE BUS AUTHORITY TO SAY RIDES ARE FREE AND RESTRAIN COMMUTERS FROM RIDING WITHOUT ISLAMIC CODES IS DISCRIMINATION AND IS TREASONABLE.

PAGE 7 of 11

THE MAYOR OF THE CITY OF BIRMINGHAM, THE MANAGEMENT OF THE MAX/BJC TRANSIT AUTHORITY, THE BIRMINGHAM POLICE SUB-STATION AT THE STATION, ALL THE CRIMINAL ELEMENTS FRONTING AS POLICE SECURITY AT STATION WITHOUT NAMES TO SHIELD THEIR CRIMINAL ACTIONS KNOW —

THE BUS RIDES ARE NOT FREE FOR ALL. THE CITY IS DISCRIMINATING CHOOSING WHO GETS TO RIDE, HOW MANY TIMES. SO IT REFUSES TO ISSUE BUS TICKETS OR ACCEPT FARES IN A CRIMINAL PLOT TO KEEP SOME AMERICANS OFF THE BUS.

THIS IS WHAT IS GOING ON ALL ACROSS AMERICA. KEEP AMERICANS AT HOME, GET THEM TO USE MASKS AND KEEP THEIR MOUTHS SHUT.

IN ATLANTA GEORGIA, THE MARTA BUS TOOK IN MY US$100 FOR BUS TICKET — MONTHLY PASS ADVERTISED AS $97. REFUSED TO ISSUE THE MONTHLY PASS AND ISSUED A $2.00 ONE WAY TICKET. WHEN I SCANNED IT AND MADE AN ISSUE — THE POLICE WAS GOING TO TAKE AWAY ME TICKET REMOVE AND RESTRAIN ME.

IN ALEXANDRIA, LOUISIANA, THE MARXIST COMMUNIST MUSLIMS GOT UPSET, I WAS RIDING AND PAYING FARES. THEY USED POLICE AS A BULLY MAC TO RESTRAIN/REMOVE ME. GROUND ZERO = ALABAMA.

6/3/20

GROUND ZERO : INTERMODAL TERMINAL
BIRMINGHAM, ALABAMA . 35203 .

I HAD PURCHASED A TRAVEL TICKET 6/2/20 - DESTINATION - BATON ROUGE LOUISIANA .
THE TICKET WAS A COUNTERFEIT TICKET SOLD TO ME BY GREYHOUND . THE GREYHOUND BUS DID NOT HAVE ANY ROUTES GOING VICKSBURD, MISSISSIPI OR TO BATON ROUGE ROUGE at 7.55 A.M 6/3/22 . THEY HAD EXTORTED ME FOR USD 119.00

ON 6/3/20, THE BUS 1523 ENROUTE VICKSBURG MS - BATON ROUSE, LA DID NOT SHOW UP. I HAD GOT INTO AN ARGUMENT WITH GREYHOUND BECAUSE I DEMAND ACCOMADATION TO A DISABLED PERSON WITH MY 3 BAGGAGES. GREYHOUND DOES NOT COMPLIRCE IN AMERICAN WITH DISABILITIES ACT, AND DOES NOT OFFER ACCOMODATION .

THE BIRMINGHAM POLICE DEPARTMENT ARRIVED TO INTERVENE . TO MY MIND THIS WAS A PEACE OFFICER I WAS GOING TO RELATE MY PART OF THIS INCIDENT. NOT SO. THE POLICE DEPUTY TOLD ME TO HAND OVER THE TICKET TO GREYHOUND AND FIND MY WAY OUT. I COULDN'T . THE TERMINAL WAS MY ONLY WAY OUT OF ALABAMA. LOUISIANA DOWNGRADED MY USID .

I TOLD THE OFFICER I COULD NOT REMOVE AND RESTRAIN FROM THE TERMINAL I HAD TO RETURN TO USE AMTRAK — NATIONAL PASSENGER RAIL SERVICE. I HAD ARRIVED THROUGH AMTRAK I HAD UNUSED TICKET. THE ONLY WAY TO GET OUT OF ALABAMA WAS GREYHOUND OR AMTRAK.

THE BIRMINGHAM POLICE ISSUED THE ORDER — REMOVE AND KEEP OUT OF THE INTERMODAL TERMINAL. IF YOU RETURN, YOU WILL GO TO JAIL, YOU WILL BE ARRESTED. I WAS FLABBERGASTED.

I SAID TO HIM, IF YOU REMOVE AND RESTRAIN ME FROM TERMINAL, I'M GONNA HAVE TO GO TO COURT AND FIGHT THAT. HE CONTINUED JUST REMOVE AND RESTRAIN FROM THE TERMINAL. I WALKED OUT. THE CHALLENGE, THE FIGHT WAS SEALED.

① THE POLICE VIOLATED DUE PROCESS, DID NOT INFORM OF ANY VIOLATION OF CITY, STATE OR FEDERAL STATUTES AND VIOLATED MY MIRANDA RIGHTS IN THE ISSUE OF, THE ORDER TO REMOVE AND RESTRAIN.

② THE DEPRIVATION OF MY LIBERTY TO FREELY ENTER IS TERMINATED.

3. THE UNFAIR TREATMENT IS DISCRIMINATION

6/8/20.
GROUND ZERO: MAY/BJC CENTRAL BUS STATION.

THE BIRMINGHAM POLICE DEPARTMENT HAD ORDERED ME REMOVED FROM INTERMODAL TERMINAL 6/3/20. THE CITY OF BIRMINGHAM DID NOT RELENT AT THAT. THEY HAD TO REMOVE AND RESTRAIN ME FROM THE MAY/BJC CENTRAL BUS STATION. THIS WAY I WOULD BE ISOLATED

THEY EXECUTED THE ACTION TO REMOVE ME FROM THE BUS VEHICLE AND RESTRAIN ME FROM TRAVELING ROUTE 20 - AIRPORT.

BUS # 1907
  AL 61593 CO.
SUPERVISOR
  AL 56925 CO.

PAGE 11 of 11

PLEASE PROVIDE AND FORWARD ME ASAP

(1) LITIGATION GUIDELINES FOR PRO-SE PARTY IN THE US DISTRICT COURT NORTHERN DISTRICT, BIRMINGHAM AL.

(2) FEDERAL COMPLAINT / CLAIM FORMS JS 44 USED FOR INTAKE AND INITIATING A FEDERAL COMPLAINT IN US DISTRICT COURT.

I REMAIN, A FAITHFUL MEMBER OF THE RED 'FA.

THE CONDUCT ACTIONS, THE VIOLATIONS THE UNFAIR TREATMENT MEET THE THRESHOLD FOR A FORMAL FEDERAL COMPLAINT AND THE INITIATION PROCESS JS 44 OF A CLAIM FOR RECOVERY AND INJURY AGAINST THE PARTIES. WE WILL MEET ALL REQUIREMENTS FOR INTAKE AND DEPOSITION IN NORTHERN DISTRICT. PLEASE SEND OUT THE (2) COPIES JS 44 FEDERAL COMPLAINT FORMS — COVID-19 RESTRICTIONS.

6/10/20